orari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John J. Lordan* and *Mr. John Barton Payne* for petitioner. *Mr. John J. Herrick* and *Mr. John P. Wilson* for respondents.

---

No. 693. THE NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY, PETITIONER, *v.* THE STEAMSHIP WERDENFELS, ETC. April 20, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. James J. Macklin* and *Mr. LaRoy S. Gove* for petitioner. *Mr. Charles C. Burlingham* for respondent.

---

No. 701. GEORGE B. CHRISTIE ET AL., ETC., PETITIONERS, *v.* THE FANE STEAMSHIP COMPANY. April 20, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Duane E. Fox* for petitioners. *Mr. J. D. Rouse, Mr. William Grant* and *Mr. William B. Grant* for respondent.

---

No. 718. GUSTAV HOLMGREN, PETITIONER, *v.* THE UNITED STATES. April 27, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit granted. *Mr. William M. Madden* for petitioner. *The Attorney General* and *The Solicitor General* for respondent.

---

No. 647. THE BOARD OF COUNTY COMMISSIONERS OF FREEBORN COUNTY, MINN., PETITIONER, *v.* THE INTERSTATE DRAINAGE INVESTMENT COMPANY. April 27, 1908. Petition for a